REBECCA BRUCH, ESQ. (SBN 7289)
ERICKSON, THORPE & SWAINSTON, LTD.
99 W. Arroyo Street
Reno, Nevada 89509
Tel. (775)786-3930
Fax. (775)786-4160
rbruch@etsreno.com
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DEREK HAMPTON<br><br>Plaintiff,<br><br>v.<br><br>NYE COUNTY, a political subdivision, and municipality including its department, NYE COUNTY SCHOOL DISTRICT,<br><br>Defendants. | Case No. 2:18-cv-01453-JCM-GWF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED between the parties that Defendants NYE COUNTY and NYE COUNTY SCHOOL DISTRICT shall have an additional 30 days to file its response to Plaintiff's Complaint (ECF No. 1). The response was originally due on August 30, 2018 and shall now be due on September 29, 2018.

[Remainder of page intentionally left blank.]

1

This request is made not as an attempt to delay but to allow Defendant time to fully prepare a response to the complaint.

RESPECTFULLY SUBMITTED this 27th day of August, 2018.

ERICKSON, THORPE & SWAINSTON, LTD

/s/ Rebecca Bruch_____
REBECCA BRUCH, ESQ. (SBN 7289)
99 West Arroyo Street
Reno, Nevada 89509

RESPECTFULLY SUBMITTED this 27th day of August, 2018.

/s/ Michael Balaban_____
MICHAEL P. BALABAN ESQ. (SBN 9370)
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV 89141

## **ORDER**

Based on the above and forgoing stipulation and good cause appearing, it is hereby ORDERED that Defendant shall have until September 29, 2018 to file its response to Plaintiff's *Complaint* (ECF No. 1).

Dated this 28th day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

2