UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEREK HAMPTON,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>NYE COUNTY, *et al.*,<br><br><br><br>　　　　　　　　　Defendants. | Case No. 2:18-cv-01453-JCM-GWF<br><br><br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (ECF No. 1) in this matter was filed on August 7, 2018. On September 27, 2018 Defendants' filed their Answer. ECF No. 8. Pursuant to LR 26-1(a) the parties must submit a stipulated discovery plan and scheduling order fourteen days after the mandatory Fed. R. Civ. P. 26(f) conference. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties' shall file a Stipulated Discovery Plan and Scheduling Order no later than January 3, 2019.

Dated this 21st day of December, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1